**Order filed, October 01, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00459-CV

_____

### GABRIEL GARCIA, Appellant

### V.

### DULCE GARCIA, Appellee

---

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DC-223562**

---

## ORDER

The reporter's record in this case was due **June 01, 2015**. *See* Tex. R. App. P. 35.1. On **August 12, 2015**, Angelia Singleton notified the court that she had not received payment for the record on this case. On **August 13, 2015**, the appellant filed proof of payment for the record. The court then extended the reporter's record due date until **September 14, 2015**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Angelia Singleton**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM